DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Desperados, Inc.<br><br>Case below:<br>180 N.C. App. 378 | No. 629A06 | AG's Petition for Writ of Supersedeas | Allowed<br>03/08/07<br><br>**Hudson, J.<br>Recused** |
| State v. Edwards<br><br>Case below:<br>181 N.C. App. 150 | No. 076P07 | 1.  Def's NOA Based Upon a Constitutional Question (COA06-12)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3.  Def's PDR Under N.C.G.S. § 7A-31 | 1. —<br><br><br>2. Allowed<br>03/08/07<br><br>3. Denied<br>03/08/07 |
| State v. Erickson<br><br>Case below:<br>181 N.C. App. 479 | No. 95PA07 | Defs' PDR Under N.C.G.S. § 7A-31 (COA06-173) | Allowed for the limited purpose to review Issue No. 1 (that it was plain error for the court not to instruct the jury on second-degree murder). As to all other issues, discretionary review is denied.<br>05/03/07 |
| State v. Farrar<br><br>Case below:<br>179 N.C. App. 561 | No. 527P06 | 1.  AG's Petition for Writ of Supersedeas<br><br>2.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>03/08/07<br><br>2. Allowed<br>03/08/07 |